IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-CR-00263-01-BCW |
| | ) | |
| MARCO A. VERDUZCO-MORETT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. #107) denying Defendant's Motion to Reopen Suppression Hearing (Doc. #91). Defendant filed objections (Doc. #112) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Larsen's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED, for the reasons stated in the Report and Recommendation (Doc. #107), Defendant's Motion to Reopen Suppression Hearing (Doc. #91) is DENIED. It is further

ORDERED Magistrate Judge Larsen's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 16, 2014　　　　　　　　　　　/s/ Brian C. Wimes
　　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT